EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

FLORENCE T NAKAKUNI          2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff United
States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2005

at 3 o'clock and 15 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>              Plaintiff,   )<br>                            )<br>       vs.                  )<br>                            )<br> MICHAEL RAYMOND NIELSEN,    )<br>                            )<br>              Defendant.    )<br> _____) | CR. NO. CR05-00362 JMS<br><br>INDICTMENT (21 U.S.C.<br>841(a)(1), 841(b)(1)(A) |

### INDICTMENT

The Grand Jury charges that:

On or about August 11, 2005 in the District of Hawaii, defendant MICHAEL RAYMOND NIELSEN knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, August 24, 2005.

A TRUE BILL.

/S/
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Michael Raymond Nielsen, USDC-Hawaii, Indictment.