IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. ~~04-00370~~ SOM  *05 - 362* |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL NIELSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Pamela E. Tamashiro, hereby certify that a true and exact copy of the

foregoing document was duly mailed and/or hand-delivered to the following

       MICHAEL KAWAHARA, ESQ.
       Assistant U.S. Attorney
       PJKK Federal Building
       300 Ala Moana Boulevard, Room 6100
       Honolulu, Hawaii 96850

       Attorney for Plaintiff
       United States of America

       DATED:   Honolulu, Hawaii, February 15, 2006.

                                               Pamela E. Tamashiro
                                             Attorney for Defendant
                                             MICHAEL NIELSEN