# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CRIMINAL 05-00362JMS-01

CASE NAME:   United States of America vs. Michael Raymond Nielsen

ATTYS FOR PLA:   Michael K. Kawahara

ATTYS FOR DEFT:   Pamela Tamashiro

INTERPRETER:

JUDGE:   J. Michael Seabright        REPORTER:   Debra Chun

DATE:   2/16/2006        TIME:  9:10 - 12:00 1:30 - 2:53

COURT ACTION:   Motion to Suppress Evidence:

Defendant present in custody with counsel Pamela Tamashiro.

CST:   Jason Alznauer
       Richard Jones
       Christopher Kobayashi
       Wendy Nakasone

Plaintiff rest.

CST:   Michael Raymond Nielsen

Defendant rest.

Arguments heard.

Motion to Suppress Evidence taken under advisement.

Submitted by:   Dottie Miwa, Courtroom Manager