ORIGINAL

EDWARD H. KUBO, JR.            2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA            1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2006

at __2__ o'clock and ___ min. __M__
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      vs.                     )<br>                              )<br> MICHAEL RAYMOND NIELSEN,      )<br>                              )<br>            Defendant,        )<br>                              )<br>_____) | CR. NO. 05-0362JMS<br><br>DEFENDANT'S RESERVATION OF HIS<br>RIGHT TO ENTER CONDITIONAL<br>PLEA OF GUILTY TO THE INDICT-<br>MENT RETURNED AUGUST 24, 2005<br>AND TO APPEAL THE<br>DISTRICT COURT'S ADVERSE<br>DETERMINATION OF HIS<br>PRETRIAL SUPPRESSION MOTION |

<u>DEFENDANT'S RESERVATION OF HIS RIGHT TO ENTER
CONDITIONAL PLEA OF GUILTY TO THE INDICTMENT
RETURNED AUGUST 24, 2005 AND TO APPEAL THE
THE DISTRICT COURT'S ADVERSE DETERMINATION
OF HIS PRETRIAL SUPPRESSION RULING</u>

1.  I, Michael Raymond Nielson, acknowledge that I have been charged in the Indictment returned August 24, 2005 (hereinafter "Indictment") with the felony crime of knowingly and intentionally possessing with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, said

crime occurring on or about August 11, 2005, in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(A). If convicted, the statutory penalty for this crime is 10 years - life imprisonment, a fine of up to $4,000,000, or both, and a term of supervised release of at least five (5) years and up to life, and a special assessment of $100.

2. I have also previously filed in this case that pretrial "Motion to Suppress Evidence" on January 3, 2006 (hereinafter "pretrial suppression motion"). In its written "Order Denying Defendant's Motion to Suppress" entered March 13, 2006 (hereinafter "Order"), the District Court denied my pretrial suppression motion.

3. Pursuant to F.R.Cr.P. 11(a)(2), and with the approval of the District Court and the consent of the Government as indicated below, I hereby give notice of my intent to enter a conditional plea of guilty to the charge in the Indictment, also expressly reserving my right to appeal the District Court's Order. I understand that in accordance with F.R.Cr.P. 11, I can withdraw my guilty plea only if I prevail on direct appeal, that is, the appellate court reverses the District Court's Order. I further understand that this reservation provided-for herein does not authorize me to collaterally attack the District Court's Order through collateral proceedings such as habeus corpus or 28 U.S.C. 2255 actions.

4.  In making this decision to plead guilty, I have had the full opportunity to completely discuss all aspects of this case with my undersigned defense attorney, and I am fully satisfied with my defense attorney's legal representation in this case.

DATED:  Honolulu, Hawaii, March 20, 2006.

_____
MICHAEL RAYMOND NIELSEN
Defendant

_____
PAMELA A. TAMASHIRO
Attorney for defendant

## GOVERNMENT'S CONSENT TO ENTRY OF CONDITIONAL PLEA

The Government consents to the entry of the foregoing conditional plea of guilty to the charge the Indictment and to defendant's reservation of his right to appeal the adverse determination of his pretrial suppression motion.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

## DISTRICT COURT'S APPROVAL TO ENTRY OF CONDITIONAL PLEA

Defendant's foregoing entry of a conditional plea of guilty to the charge in the Indictment and reservation of his right to appeal the adverse determination of his pretrial suppression motion is hereby approved.

_____
BARRY M. KURREN
United States Magistrate Judge

USA v. Nielsen, USDC-Hawaii Cr. No. 05-0362JMS, Defendant's Reservation of his Right to Enter Conditional Plea of Guilty to Indictment Returned August 24, 2005 and to Appeal the District Court's Adverse Determination of his Pretrial Suppression Motion.