# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3-23-06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00362JMS |
| CASE NAME: | USA v. Michael Raymond Nielsen |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | Pamela E. Tamashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3-23-06 | TIME: | 2:02 - 2:24 |

COURT ACTION:   EP: M/Withdraw Not Guilty Plea and to Plead Anew  - deft present in custody.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

No plea agreement.

Deft sworn and queried.  Advised of rights.

Plea of GUILTY entered conditionally  to Count I of the Indictment.

*Defendant's Reservation of His Right to Enter Conditional Plea of Guilty to the Indictment Returned August 24, 2005 and to Appeal the District Court's Adverse Determination of His Pretrial Suppression Ruling* filed.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING set for 7-3-06 @ 3 p.m., JMS.
Trial date vacated.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager