**ORIGINAL**

PAMELA E. TAMASHIRO  #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii  96813
Telephone:    (808) 528-3332
Facsimile:     (808) 536-0458

Attorney for Defendant
MICHAEL NIELSEN
(07/24/2006)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00362 JMS-01 |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL NIELSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant MICHAEL NIELSEN ("Defendant") hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying Defendant's Motion to Suppress Evidence entered in this action on March 13, 2006.

DATED:    Honolulu, Hawaii, July 24, 2006.

*Pamela E. Tamashiro*
Pamela E. Tamashiro
Attorney for Defendant
MICHAEL NIELSEN