# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

August 8, 2006

MICHAEL K. KAWAHARA
OFFICE OF THE UNITED STATES ATTORNEY
300 ALA MOANA BLVD., STE 6100
HONOLULU, HI  96850

IN RE:      U.S.A v. MICHAEL NIELSEN
CR NO.      CR 05-00362JMS

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 07/24/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By     Laila M. Geronimo
            Deputy

cc:    Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
       PAMELA E. TAMASHIRO
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:**   U.S.A. vs. MICHAEL NIELSEN

   **U.S. COURT OF APPEALS DOCKET NUMBER:**

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 05-00362JMS

II **DATE NOTICE OF APPEAL FILED:**   07/24/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**

   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:

   WAS F.P. STATUS REVOKED:           DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____  PAID _____  F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

| | | |
|---|---|---|
| TO: | Clerk, U.S. Court of Appeals | Date: August 8, 2006 |
| FROM: | Clerk, U.S. District Court, Hawaii | |
| SUBJECT: | New Appeals Docketing Information, Criminal Case | |

## CASE INFORMATION

| | |
|---|---|
| COMPLETE TITLE: | U.S.A. vs MICHAEL NIELSEN |
| U.S.D.C CASE NO. | CR 05-00362JMS |
| U.S.D.C. JUDGE: | J. Michael Seabright |

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:   08/12/05

APPEALED ORDER FILED:        03/13/06

NOTICE OF APPEAL FILED:      07/24/06

## COUNSEL INFORMATION

| APPELLANT: | APPELLEE: |
|---|---|
| PAMELA E. TAMASHIRO, ESQ. | MICHAEL K. KAWAHARA, AUSA |
| OCEAN VIEW CENTER | OFFICE OF THE UNITED STATES ATTORNEY |
| 707 RICHARDS ST., #PH 7 | 300 ALA MOANA BLVD., STE 6100 |
| HONOLULU, HI 96813 | HONOLULU, HI 96850 |

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS: | | CUSTODY: | ✓ |
| | | BAIL: | __ |
| F/P GRANTED: | __ | | |
| | | COUNSEL WAIVED: | __ |
| NO OF DAYS OF TRIAL: | _ | | |
| | | COURT REPORTER(S): | DEBRA CHUN, ESR, SHARON ROSS |