UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED
AUG 14 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. MICHAEL NIELSEN
   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10485
   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00362JMS

II. **DATE NOTICE OF APPEAL FILED:** 07/24/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA
   **DOCKET FEE PAID ON:**          **AMOUNT:**
   **NOT PAID YET:**                **BILLED:**
   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**
   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**
   **IF YES, SHOW DATE:**
   **WAS F.P. STATUS REVOKED:**     **DATE:**
   **WAS F.P. STATUS LIMITED IN SOME FASHION?**
   **IF YES, EXPLAIN:**

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 17 2006
DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)