

U.S. Department of Justice

Federal Bureau of Prisons

---

LEFT SIDE

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

August 8, 2006

The Honorable J. Michael Seabright
Judge of the U.S. District Court
   for the District of Hawaii
C338 Prince Kuhio Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

**Re:   NIELSEN, Michael Raymond**
       Reg. No. 92403-022
       Docket No. 1:05CR00362-001

Dear Judge Seabright:

    This is in response to the Court's recommendation that Michael Raymond Nielsen serve his term of confinement at either the Terminal Island facility in San Pedro, California or the federal facility in Lompoc, California. You also recommend he participate in the Residential Drug Abuse Program (RDAP). Mr. Nielsen was sentenced in your court to a 108-month term for Possession with Intent to Distribute Methamphetamine.

    Unfortunately, we were unable to follow the Court's recommendation. Mr. Nielsen has been classified as a minimum security level offender. The facilities recommended by the Court house low security level offenders. Accordingly, Mr. Nielsen has been designated to the minimum security level facility in Sheridan, Oregon. Staff there will encourage Mr. Nielsen to participate in the RDAP, if determined eligible under the established program criteria.

    Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                    Sincerely,

                                    Rebecca Tamez
                                    Chief

jaf
cc:  Warden, FCI Sheridan