

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06–10485    U.S. District Court Case No. 05–00362 JMS

Short Case Title  USA v. MICHAEL RAYMOND NIELSEN

Date Notice of Appeal Filed by Clerk of District Court  7/24/06

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | FILED IN THE UNITED STATES DISTRICT COURT |
| | | Voir Dire    AUG 22 2006 |
| | | Opening Statements  at 1 o'clock and 2 min. P M |
| | | Settlement Instructions SUE BEITIA, CLERK |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 2/14/2006 | Debra Chun | Other (please specify) Motion to Suppress |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  8/21/06    Estimated date for completion of transcript _____

Print Name of Attorney  Pamela E. Tamashiro    Phone Number  (808)528-3332

Signature of Attorney  Pamela E. Tamashiro

Address  707 Richards Street, PH 7, Honolulu, Hawaii  96813

**SECTION B** - To be completed by court reporter

I, _____  have received this designation.
            **(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript–Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia
(U.S. District Court Clerk)        (date)        BY: _____
                                              DEPUTY CLERK